1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JOHN ROOD,                          1:12-cv-01034-BAM (HC)

12             Petitioner,               ORDER TRANSFERRING CASE TO THE
                                         SACRAMENTO DIVISION OF THE
13   vs.                                 UNITED STATES DISTRICT COURT,
                                         EASTERN DISTRICT OF CALIFORNIA
14   BUTTE COUNTY COURT

15

16             Respondent.

17   _____/

18        Petitioner, a state prisoner proceeding pro se, has filed a habeas corpus action pursuant to

19   28 U.S.C. § 2254.

20        The petitioner is challenging a conviction from Butte County, which is part of the

21   Sacramento Division of the United States District Court for the Eastern District of California.

22   Therefore, the petition should have been filed in the Sacramento Division.

23        Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

24   court may, on the court's own motion, be transferred to the proper court.  Therefore, this action

25   will be transferred to the Sacramento Division.

26

                                        -1-

1    Good cause appearing, IT IS HEREBY ORDERED that:

2

3    1.  This action is transferred to the United States District Court for the Eastern District of

4    California sitting in Sacramento; and

5    2.  All future filings shall reference the new Sacramento case number assigned and shall

6    be filed at:

7                           United States District Court
                            Eastern District of California
8                           501 "I" Street, Suite 4-200
                            Sacramento, CA 95814
9

10    IT IS SO ORDERED.

11    **Dated:   July 2, 2012**          **/s/ Barbara A. McAuliffe**
                                         UNITED STATES MAGISTRATE JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

–2–